IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DARREN F. FENNER, :
:
      Petitioner :
:
v. : CIVIL NO. 4:CV-13-1245
:
WARDEN EBBERT, : (Judge Brann)
:
      Respondent :

## **ORDER**

October 31, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** the case.

      BY THE COURT:

        s/ Matthew W. Brann
      Matthew W. Brann
      United States District Judge